IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEEMA MADHAVAN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>BLISTEX INC.,<br><br>    Defendant. | Case No. 1:22-cv-01350<br><br>Judge Edmond E. Chang |

## JOINT MOTION FOR EXCESS PAGES

Plaintiff Seema Madhavan ("Plaintiff") and Blistex Inc. ("Blistex"), by and through undersigned counsel, hereby submit this Joint Motion for Excess Pages Regarding Defendant's forthcoming Motion to Dismiss Pursuant to Rule 12(b)(6) and Plaintiff's forthcoming opposition thereto, and in support of the same sate as follows:

1. On March 15, 2022, Plaintiff initiated this putative class action lawsuit against Blistex. (Dkt. 1.) This action stems from the recall and refund of certain lots of anti-fungal foot spray products under the brand name Odor-Eaters.

2. Plaintiff brings claims for (i) breach of express warranty, (ii) breach of implied warranty, (iii) unjust enrichment, (iv) violation of New York General Business Law § 349, (v) violation of New York General Business Law § 350 and (vi) violation of the Magnuson-Moss Warranty Act.

3. In the course of preparing its Motion to Dismiss Pursuant to Rule 12(b)(6), Blistex has concluded that, in order to adequately analyze the preemptive effect of the Food, Drug and Cosmetic Act as well as the substance of each of Plaintiff's six claims, Blistex requires an

additional 8 pages in order to provide this Court with the appropriate level of analysis. Plaintiff will require a reciprocal extension of an additional 8 pages to adequately analyze the issues in her opposition.

4. On April 22, 2022, counsel for Blistex met and conferred with counsel for Plaintiff. Plaintiff does not oppose Blistex's request and Blistex informed Plaintiff that it would not oppose Plaintiff likewise having an additional 8 pages to oppose Blistex's Motion to Dismiss.

5. The Parties thus respectfully request that Blistex have leave to file its Memorandum in Support of its forthcoming Motion to Dismiss Pursuant to Rule 12(b)(6) up to 23 pages in length, and Plaintiff in turn to have up to 23 pages to file its Memorandum in Opposition.

**WHEREFORE**, (i) Blistex respectfully requests up to twenty-three (23) pages for its Memorandum in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6) and (ii) Plaintiff respectfully requests up to twenty-three (23) pages for its Memorandum in Opposition.

Dated: April 27, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

By:    /s/ Carl v. Malmstrom

Carl V. Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson St., Suite 1700
Chicago, IL 60604
(312) 984-0000
malmstrom@whafh.com

*Counsel for Plaintiff*

Dated: April 27, 2022 **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   /s/ Mark S. Eisen

David S. Almeida, Esq.
dalmeida@beneschlaw.com
Mark S. Eisen, Esq.
meisen@beneschlaw.com
Emily Jaye Johnson (admitted *pro hac vice*)
ejohnson@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Blistex Inc*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

               /s/ Mark S. Eisen