# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Seema Madhavan

                    Plaintiff,

v.                                           Case No.: 1:22–cv–01350
                                                      Honorable Edmond E. Chang

Blistex, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: The joint motion for extra pages [8] is granted. Both sides may use 23 pages in their upcoming principal briefs on the anticipated dismissal motion. For future reference, under the operative version of General Order 21–0027 (available on the District Court's website), Local Rule 5.3(b) remains suspended, so motions should not be noticed for presentment. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.