## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Seema Madhavan

                    Plaintiff,

v.                                         Case No.: 1:22–cv–01350

                                                    Honorable Edmond E. Chang

Blistex, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 18, as well as the pleadings, discovery is stayed pending a decision on the dismissal motion [13]. But the defense is on explicit notice of the Plaintiff's proposed discovery topics, see R. 18 at 5, and thus defense counsel must ensure that the Defendant has been advised on its duties with regard to litigation holds and preservation of records. The briefing schedule is ongoing. The tracking status hearing of 05/27/2022 is reset to 08/05/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.