**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SEEMA MADHAVAN, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>BLISTEX INC.,<br><br><br>          Defendant. | Case No. 1:22-cv-01350<br><br>Judge Edmond E. Chang |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Seema Madhavan

hereby dismisses her Complaint without prejudice. Each party will bear their own costs.

Dated: March 31, 2023          Respectfully submitted,

                                      */s/ Carl V. Malmstrom*
                                        **WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
                                        Carl V. Malmstrom
                                        111 W. Jackson Blvd., Suite 1700
                                        Chicago, IL 60604
                                        Tel: (312) 984-0000
                                        Fax: (212) 686-0114
                                        E-mail: malmstrom@whafh.com

                                        *Attorney for Plaintiff*

1