## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Seema Madhavan

               Plaintiff,

v.

                                        Case No.: 1:22–cv–01350

                                        Honorable Edmond E. Chang

Blistex, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 3, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal [35], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice. Defendant's motion to dismiss [13] is terminated as moot effective 03/31/2023. Status hearing of 04/07/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.